FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 10:56 am, Oct 09, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| PAMELA WALKER, | |
| Plaintiff, | CIVIL ACTION NO.: 5:19-cv-47 |
| v. | |
| WAL-MART STORES EAST, LP; and JOHN DOES 1–10, | |
| Defendants. | |

### **FIFTH AMENDED SCHEDULING ORDER**[1]

The Court conducted a telephonic status conference with the parties on September 2, 2020.  During the conference, the Court discussed with Plaintiff and Defendant Wal-Mart the remaining discovery left for the parties to complete in this case, as noted in their status report, doc. 50.  In consideration of the parties' submission and the statements made during this September 2, 2020 conference, the Court sets forth the following deadlines in the case.

LAST DAY FOR FACT DISCOVERY                                              October 16, 2020

LAST DAY FOR EXPERT DISCOVERY                                         October 16, 2020

POST-DISCOVERY STATUS REPORT DUE[2]                              October 19, 2020

---

[1]   The Court enters this Order only to correct a scrivener's error contained in the September 4, 2020 Order relating to the filing of responses to civil motions.  Doc. 51 at 2.  The parties should have been given 30 days after the close of discovery to file any desired civil motions.

[2]   A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms."  The parties are directed to use the content and format contained in this Form when reporting to the Court.

| | |
|---|---|
| POST-DISCOVERY STATUS CONFERENCE[3] | October 21, 2020 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | November 16, 2020 |
| DEPOSITIONS OF ALL WITNESSES TAKEN FOR USE AT TRIAL | November 24, 2020 |
| PRE-TRIAL ORDER DUE | December 15, 2020 |

All deadlines and instruction contained in the Court's previous Orders remain in full force and effect.   Docs. 16, 20, 36, 44.

**SO ORDERED**, this 9th day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[3] The Court noted during the hearing this conference is subject to cancellation based on the parties' status report.